**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| STEPHANIE C. ROBERTS, | : | No. 47 EAP 2024 |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GENESIS FRANKLEEN KOMEAU, | : | |
| | : | |
| Appellant | : | |

**ORDER**

**PER CURIAM**                                              **DECIDED: November 14, 2024**

AND NOW, this 14th day of November, 2024, upon consideration of the response to the rule to show cause, this appeal is DISMISSED.

The Application for Leave of Court to Respond is DENIED.